**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for*
*Ambassador Media Group LLC*
*d/b/a Ambassador Yellow Pages*
*Debtor and Debtor-in -Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| AMBASSADOR MEDIA GROUP LLC | : | |
| d/b/a AMBASSADOR YELLOW PAGES, | : | Case No. 09-14603 (SMB) |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

**APPLICATION FOR RETENTION OF**
**ATTORNEYS FOR DEBTOR-IN-POSSESSION**

TO: THE HONORABLE STUART M. BERNSTEIN
CHIEF UNITED STATES BANKRUPTCY JUDGE

The application of Ambassador Media Group LLC d/b/a Ambassador Yellow Pages, debtor-in-possession ("Applicant" or "Debtor"), respectfully shows and alleges:

1. Applicant intends to file a petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code on the 24th day of June, 2009.

2. Applicant, as debtor-in-possession, desires to employ Tarter Krinsky & Drogin LLP as its counsel.

3. Applicant has selected the firm of Tarter Krinsky & Drogin LLP for the reason that they have considerable experience in matters of this nature, and Applicant believes that Tarter Krinsky & Drogin LLP are well qualified to represent them as a debtor-in-possession in

this proceeding. Applicant deems it advisable that they be retained in order that Applicant may have adequate representation of counsel.

4. The professional services that said attorneys are to render are as follows:

(a) To give advice to the Debtor with respect to its powers and duties as a debtor-in-possession in the continued management of their property;

(b) To negotiate with creditors of the Debtor in working out a plan and to take necessary legal steps in order to confirm said plan, including, if need be, negotiations in financing a plan;

(c) To prepare, on behalf of Applicant, as debtor-in-possession, necessary applications, answers, orders, reports and other legal papers;

(d) To appear before the bankruptcy judge and to protect the interests of the debtor-in-possession before the bankruptcy judge and to represent the Debtor in all matters pending in the Chapter 11 proceeding; and

(e) To perform all other legal services for Applicant, as debtor-in-possession, which may be necessary herein.

5. It is necessary for Applicant, as debtor-in-possession, to employ attorneys for such professional services.

6. To the best of Applicant's knowledge, the firm of Tarter Krinsky & Drogin LLP has no present connection with the creditors or any other party-in-interest, or their respective attorneys, except as set forth in the affidavit of Scott S. Markowitz, Esq. submitted herein.

7. Applicant desires to employ the firm of Tarter Krinsky & Drogin LLP under a general retainer because of the extensive legal services required.

8. To the best of Applicant's knowledge, other than as set forth in the Rule 2014 affidavit of Scott S. Markowitz, Esq., Tarter Krinsky & Drogin LLP represents no interest adverse to Applicant as debtor-in-possession in the matters upon which they are to be engaged by Applicant and their employment would be in the best interests of this estate. In addition, Tarter Krinsky & Drogin LLP is a disinterested person as that term is defined in the Bankruptcy Code.

9. No official committee of creditors has been appointed.

**WHEREFORE**, Applicant prays that it be authorized to employ and appoint the firm of Tarter Krinsky & Drogin LLP to represent it as debtor-in-possession in this proceeding under Chapter 11 of the Bankruptcy Code, and that this Court grant such other and further relief as is just and proper, for all of which no other application has been made to this or any other Court.

Dated: New York, New York
July 23, 2009

**AMBASSADOR MEDIA GROUP LLC
d/b/a AMBASSADOR YELLOW PAGES**

By: /s/ Kathy Hipple
Kathy Hipple
Chief Financial Officer