**Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP**
Proposed Attorneys for the Committee
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
(212) 593-3000
**Clifford A. Katz, Esq.**
**Teresa Sadutto-Carley, Esq.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - x
In re:

                                                           Chapter 11

AMBASSADOR MEDIA GROUP LLC           Case No. 09-14603(SMB)
d/b/a AMBASSADOR YELLOW PAGES,
               Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - x

**AFFIDAVIT OF CLIFFORD A. KATZ PURSUANT TO
11 U.S.C. §329, LOCAL BANKRUPTCY RULE 2014-1 AND
BANRUPTCY RULES 2014 AND 2016 IN SUPPORT OF RETENTION
OF PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
<u>AS COUNSEL FOR THE COMMITTEE</u>**

STATE OF NEW YORK   )
                               )ss.:
COUNTY OF NEW YORK)

       **CLIFFORD A. KATZ**, being duly sworn, deposes and says:

       1.      I am an attorney at law admitted to practice in this Court and a member of the law firm of Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP ("Platzer").

       2.      Deponent's firm maintains their offices at 1065 Avenue of the Americas, 18th Floor, New York, New York 10018.

       3.      Platzer has not represented any member of the Committee of Unsecured Creditors (the "Committee") of Ambassador Media Group LLC, d/b/a Ambassador Yellow Pages (the "Debtor") or trade creditor of the Debtor with respect to any matter against the Debtor or in which

the Debtor was a party. Other than as set forth below, neither I nor my firm nor any member or associate thereof represents professionally, or is associated with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee with regard to this proceeding. Deponent and this firm are a "disinterested person" as such term is defined by §101(14) of the Bankruptcy Code.

4. Platzer does not represent any person or entity other than the Committee in connection with this case.

5. Platzer discloses that one of its members, Sherri D. Lydell, is married to Scott S. Markowitz, who is a partner at Tarter Krinsky & Drogin, LLP, Debtor's counsel in this case. Platzer respectfully submits that the marriage of Ms. Lydell to Mr. Markowitz does not in any way effect Platzer's status as a disinterested representative of the Committee herein. This case will be primarily handled by me and Platzer's associate, Teresa Sadutto-Carley. Ms. Lydell will not render any legal services to the Committee. All documents pertaining to Platzer's representation of the Committee and the Debtor's case in general which are saved on Platzer's computer system will not be accessible from Ms. Lydell's computer. Furthermore, Platzer agrees to send an e-mail to all of its attorneys and employees which indicates that any matters concerning Platzer's representation of the Committee and/or the Debtor's case shall not be discussed with Ms. Lydell. Finally, we will advise Mr. Markowitz to submit an affidavit to the effect that he will not discuss the Debtor's case with Ms. Lydell.

6. Platzer will charge its fees on an hourly basis and such compensation and reimbursement of expenses shall be paid upon appropriate application to the Bankruptcy Court pursuant to §§ 330 and 331 of the Bankruptcy Code unless otherwise ordered by

the Court.

7. Platzer reserves the right to make interim and/or final applications to this Court for such compensation as may be proper and warranted.

8. Platzer's current rates, which are subject to annual increases, are as follows:

| | |
|---|---|
| Partners | $460.00 to $650.00 |
| Associates | $195.00 to $460.00 |
| Paralegals | $165.00 |

9. Platzer also routinely bills its clients for expenses actually incurred on behalf of clients such as telephone charges, photocopying charges, mail and express mail charges, facsimile charges, hand delivery and other delivery charges, travel expenses, and computer charges.

10. The undersigned has read and is generally familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

11. The undersigned is competent to represent the interests of the Committee herein.

12. Platzer does not represent any interest adverse to that of the Committee herein with regard to the matters upon which it is to be engaged and I know of no reason why my firm cannot act as counsel for the Committee.

13. Platzer seeks *nunc pro tunc* retention as of August 14, 2009, as Platzer has been performing necessary services for the Committee since that date.

    /s/ Clifford A. Katz
    CLIFFORD A. KATZ

Sworn to before me this
27th day of August, 2009

  /s/ Teresa Sadutto-Carley
Notary Public, State of New York
Reg. #02SA6204737
NY County, Exp. 4-20-2013